AO 442 (Rev. 11/11) Arrest Warrant

FD 1167197

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Antonio Colello<br><br>*Defendant* | )<br>)  Case: 1:24-mj-00166<br>)  Assigned to: Judge Meriweather, Robin M.<br>)  Assign Date: 5/9/2024<br>)  Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Antonio Colello,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2)-Disorderly or Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D)-Disorderly or Disruptive Conduct in the Capitol Grounds or Building;
40 U.S.C. § 5104(e)(2)(G) -Parading, Demonstrating, or Picketing in a Capitol Building.

2024.05.09
11:51:36
-04'00'

Date: 05/9/2024

*Issuing officer's signature*

City and state:  Washington, D.C.      Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/9/24, and the person was arrested on *(date)* 5/13/24
at *(city and state)* Harrisburg, PA.

Date: 5/13/24

*Arresting officer's signature*

JenaMarie Baldarzo
*Printed name and title*