**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 24-cr-409 (CRC)** |
| | **:** | |
| **ANTONIO COLELLO** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S**
**MOTION TO CONTINUE ALL MATTERS IN THIS CASE**

The Government respectfully submits this opposition to defendant Antonio Colello's motion to continue sentencing all matters in this case.  ECF No. 24.  On September 25, 2024, this Court accepted Colello plea of guilty, admitting to violating 40 U.S.C. §§ 5104(e)(2)(D) and (G).  Sept. 25, 2024 Minute Entry.  This Court has scheduled sentencing for January 30, 2024.  *Id.*

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to deliver that interest.  The government disagrees that a continuance is warranted here, and the Court should proceed as it would in any other prosecution. *See, e.g.*, *United States v. Heffner*, 1:24-cr-260 (APM), Nov. 11, 2024 Minute Order ("Defendant's speculation that he may receive a pardon is not good cause to stay this matter"); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency).

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      _/s/ Pavan Krishnamurthy_
Pavan S. Krishnamurthy
D.C. Bar No. 252831
Assistant United States Attorney
601 D Street NW
Washington, DC 20001
(202) 252-7862
pavan.krishnamurthy@usdoj.gov